UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| THOMAS EDWARD MORRIS, III, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CV1491 CDP |
| | ) | |
| ARMAND ZEFFERI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In the Case Management Order I stated that I would not set a date for trial in this case until I had ruled on the parties' motions for summary judgment. Defendant initially moved for summary judgment in January of 2008 and I denied that motion in July of the same year. Defendant appealed my ruling and the Eighth Circuit upheld my denial of defendant's motion in April of 2010. The Eighth Circuit issued its mandate on May 7th and, as my ruling on defendant's motion for summary judgment is now final, it is appropriate to set a trial date in this case.

However, before proceeding to trial, I find it appropriate to appoint counsel to represent plaintiff at this time. The Eighth Circuit found it necessary to appoint counsel for plaintiff on appeal. Similarly, after reviewing the matter, I believe that it will be helpful to both plaintiff and the Court if plaintiff is represented by counsel at trial.

Accordingly,

**IT IS HEREBY ORDERED** that, **Pamela M. Miller, of Thompson Coburn, LLP, One US Bank Plaza, Suite 26, St. Louis, MO, 63101, phone (314) 552-6322, fax (314) 552-7322**, is appointed to represent plaintiff in this matter. The Clerk of the Court shall provide plaintiff's newly-appointed counsel with access to the electronic court file at no cost.

**IT IS FURTHER ORDERED** that, after plaintiff's counsel has adequate time to meet and confer with plaintiff, the Court shall hold a telephone conference with counsel on **Tuesday, August 31, 2010 at 12:30 p.m.** to select a date for trial. Defendant's counsel shall initiate the call and have plaintiff's counsel on the line before contacting my chambers at 314-244-7520. Counsel for both parties shall confer before this conference to discuss a mutually agreeable trial date.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of June, 2010.